IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00175-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO JAVIER VILLA-PENA,
    a/k/a Jorge Alberto Martinez-Sanchez,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce FRANCISCO JAVIER VILLA-PENA a/k/a Jorge Alberto Martinez-Sanchez on December 7, 2009, at 10:00 a.m., before a United States Magistrate Judge for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 17th day of November, 2009.

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO