**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00175-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANCISCO JAVIER VILLA-PENA,
   a/k/a Jorge Alberto Martinez-Sanchez,

      Defendant.

## MINUTE ORDER[1]

      Due to a conflict arising on the court's calendar, the change of plea hearing previously set for March 12, 2010 at 8:30 a.m., is **VACATED** and **RESET** to **1:30 p.m.**, on March 12, 2010. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: March 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.